

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| The City of El Paso, Texas, | § | No. 08-18-00199-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| Mesa Executive Park, L.P., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV1101) |
| | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's agreed motion to reset the April 11, 2019 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 20th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.